257 So.2d 695

**STATE of Louisiana**

v.

**Bryan T. REAMES.**

No. 52189.

Feb. 24, 1972.

In re: Bryan T. Reames applying for writs of certiorari, prohibition, mandamus and for stay order.

Writ refused. The defendant has an adequate remedy for review in the event of conviction and sentence.

SUMMERS, J., is of the opinion the ruling of the trial judge is correct. State v. Angelo, 251 La. 250, 203 So.2d 710 (1967).

DIXON, J., is of the opinion that the ruling of the trial judge is incorrect. See Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694.